UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20188-RAR

UNTIED STATES OF AMERICA,

    Plaintiff,
v.

KIMBERLY RUIZ,

    Defendant.
_____

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE SENTENCING HEARING**

The Defendant, KIMBERLY RUIZ, by and through undersigned counsel, files Defendant's Unopposed Motion to Continue Sentencing Hearing, and in support thereof, states as follows:

1. Defendant is charged by Superseding Indictment [DE 13] and Second Superseding Indictment [DE 46] in the above styled matter with Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956.

2. The Sentencing Hearing in this case is set for May 30, 2025, at 1:30 P.M. (See ORDER OF SENTENCING HEARING [DE 138]).

3. The undersigned has just been retained in this case and has learned that the undersigned's daughter's father-in-law passed away unexpectedly over the weekend in Greenfield, Illinois and his funeral services are set to commence on May 28, 2025; therefore, the undersigned would like to attend the funeral to support the undersigned's daughter and son-in-law at this difficult time for their family.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

4.  Consequently, Defendant and the undersigned would respectfully request that the Court continue the Sentencing Hearing in this case for a period of ten days to allow the undersigned to travel to and from said funeral.

5.  Undersigned counsel certifies that this Motion is made in good faith, not for the purpose of delay, but so that justice may be done.

## CERTIFICATE OF GOOD FAITH CONFERRAL

6.  The undersigned conferred with Assistant United States Attorney Katherine Guthrie, who indicated that the Government does not oppose the continuance sought herein, <u>but who requested that the undersigned inform the Court that Ms. Gutrhie is scheduled to be out of the Distirct on June 13, 2025</u>.

WHEREFORE, the Defendant, Kimberly Ruiz, respectfully requests that this Honorable Court enter its Order continuing the Sentencing Hearing fin this case or a period of ten days, for the foregoing reasons.

**DATED:** May 27, 2025.

        Respectfully submitted,

        **Donet, McMillan & Trontz, P.A.**

        By: /s/ David A. Donet, Jr.
        **David A. Donet, Jr., Esq.**
        Florida Bar No.: 128910
        Co-Counsel for Defendant

[Certificate of Service on next page]

Page **2** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 27, 2025, undersigned counsel electronically filed the foregoing Defendant's Unopposed Motion to Continue Sentencing Hearing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

                                                  **Donet, McMillan & Trontz, P.A.**

                                           By: /s/ David A. Donet, Jr.
                                               **David A. Donet, Jr., Esq.**
                                               Florida Bar No.: 128910
                                               Co-Counsel for Defendant
                                               100 Almeria Avenue, Suite 230
                                               Coral Gables, Florida 33134
                                               Telephone: 305-444-0030
                                               Email: donet@dmtlaw.com
                                               Email: paralegals@dmtlaw.com

Page **3** of **3**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com