UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20188-RAR

UNTIED STATES OF AMERICA,

    Plaintiff,
v.

KIMBERLY RUIZ,

    Defendant.
_____

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

**THIS CAUSE** came before the Court on Defendant's [DE   ] Unopposed Motion to Continue Sentencing Hearing; and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

Defendant's Sentencing Hearing hereby reset to:_____, 2025.

**DONE AND ORDERED** at the United States District Courthouse at Miami, Florida, on this _____ day of _____, 2025.

                                          **HON. RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

cc: Counsel of record.