UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20188-RUIZ

UNITED STATES OF AMERICA

v.

KIMBERLY RUIZ,

    Defendant.
_____/

**UNOPPOSED MOTION
FOR LEAVE TO FILE RESPONSE OUT OF TIME**

    The United States of America, through the undersigned counsel, moves unopposed for leave to file a Response to the Defendant's Objections to the PSR, Sentencing Memorandum, and Motion for Downward Variance [DE185] out of time. The Government apologizes for the delay and the added burden on the Court. The government's response is attached as Exhibit 1. Defense counsel does not oppose the Government's Motion for Leave to File Response out of time. The Government seeks the Court's leave to file the attached response out of time.

                                                Respectfully submitted,

                                                HAYDEN P. O'BYRNE
                                                UNITED STATES ATTORNEY

                                   By:  */s/Katherine W. Guthrie*
                                          Katherine W. Guthrie
                                          Assistant United States Attorney
                                          Court ID No. A5502786
                                          99 NE 4th Street, 6th Floor
                                          Miami, Florida 33132
                                          Tel: (305) 961-9117
                                          Katherine.Guthrie@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF this 9th day of June 2025.

*/s/ Katherine W. Guthrie*
KATHERINE W. GUTHRIE
Assistant United States Attorney
