INMATE REQUEST TO STAFF-RESPONSE

| NAME | REG. NO. | HOUSING UNIT |
|---|---|---|
| RUIZ, Kimberly | 12528-506 | Cherokee A |

This is in response to a request to staff, wherein you request a Compassionate Release/Reduction in Sentence (RIS) based on extraordinary and compelling circumstances. Specifically, you request consideration due to the lack of caregiver for your minor children.

Bureau of Prisons' Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), sets forth the criteria the Director considers for a RIS. Pursuant to P.S. 5050.50, the following criteria may be used to file for a RIS: Terminal Medical Condition, Debilitated Medical Condition, Elderly Inmates, Death or Incapacitation of Family Member Caregiver, and Incapacitation of a Spouse or Registered Partner. A request for reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) will be considered when there are extraordinary and compelling reasons meeting these criteria or if the requestor is a victim of sexual abuse while in custody, there is no danger to the safety of any other person or to the community, and the reduction is consistent with policy. The program statement states you can be considered for a compassionate release based on the death or incapacitation of the family member caregiver. It further clarifies that "incapacitation" means the family member caregiver suffered a severe injury or suffers from a severe illness that renders the caregiver incapable of caring for the child. A review of your request reveals that it is not based on the criteria set forth in PS 5050.50. Accordingly, your request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____     11/20/25
J. Gabby, Warden                     Date