# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CR-20188-RAR

**UNITED STATES OF AMERICA**

v.

**KIMBERLY RUIZ,**

Defendant.

_____/

### ORDER ON GOVERNMENT'S MOTION FOR
### STAY OF AN ADDITIONAL 30 DAYS

**THIS CAUSE** comes before the Court on the Government's Motion for a Stay of an Additional 30 Days Regarding Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1), [ECF No. 277] ("Motion").  The Court having carefully considered the Motion and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The Government shall file a response to the Motion to Reduce Sentence, [ECF No. 274], and Notice of Addendum to the Motion, [ECF No. 275], on or before **February 27, 2026**.

**DONE AND ORDERED** in Miami, Florida this 27th day of January, 2026.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**